UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24313-JEM

JESUS GONZALEZ

      Plaintiff,

v.

THE PRADO SC, LLC.

      Defendants.

_____ _____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff, JESUS GONZALEZ, and Defendant, THE PRADO SC, LLC, by and through the undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to file a Stipulation of Dismissal with Prejudice.

Respectfully submitted this December 18, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
P: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

By: */s/ Kevin E. Vance*
Kevin E. Vance, Esq.
Florida Bar No. 0670464
**DUANE MORRIS LLP**
Boca Center Tower II
5100 Town Center Circle, Suite 400 Boca Raton,
FL 33486-1008 Tel: 561.962.2108
kevance@duanemorris.com
pnmendoza@duanemorris.com
mlchapski@duanemorris.com

*Counsel for Plaintiff*

*Counsel for Defendant*

**Page 1 of 2**

**Gonzalez v. The Prado**
**Case No. 23-cv-24313-JEM**

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 18, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**