UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24313-JEM


JESUS GONZALEZ

     Plaintiff,

v.

THE PRADO SC, LLC.

     Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action, with prejudice against Defendant, THE PRADO SC, LLC., and respectfully requests this Court to terminate the action.

Respectfully submitted this January 15, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
P: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Gonzalez v. The Prado**
**Case No. 23-cv-24313-JEM**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*